

**Richard S. Glaser, Jr.**
*Partner*
Telephone: 704.335.9531
Direct Fax: 704.335.4476
rickglaser@parkerpoe.com

Atlanta, GA
Charleston, SC
Charlotte, NC
Columbia, SC
Greenville, SC
Raleigh, NC
Spartanburg, SC

July 15, 2019

<u>**VIA CM/ECF AND COURTESY COPY VIA FAX – 212-805-7986**</u>

The Honorable Paul G. Gardephe
United States District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

    Re:   *United States of America v. Stephen Maiden*
          USDC SDNY Case No. 15-cr-536 (PGG)
          REQUEST FOR CJA APPOINTMENT *NUNC PRO TUNC* TO NOVEMBER 1, 2017

Dear Judge Gardephe:

    As you are aware, by this Court's Order of March 26, 2018 (Doc. No. 757), I was appointed counsel for Mr. Maiden pursuant to the Criminal Justice Act. Thereafter, by this Court's Order of April 4, 2019 (Doc. No. 945), Brian S. Cromwell, James C. Lesnett, Jr., and Nicholas H. Lee, also of this Firm, were approved as CJA associate attorneys for this matter.

    The trial in this matter was held in November, 2017. Due to previous commitments, I was unable to attend and Mr. Cromwell and Mr. Lesnett attended the trial for me, hence the reason for requesting approval of associate counsel. In that regard, the first date of service performed by counsel for Mr. Maiden in this matter was November 1, 2017.

    Consequently, the services rendered and expenses incurred by me, Mr. Cromwell, Mr. Lesnett, and Mr. Lee have been rejected by the CJA e-Voucher system, due to a discrepancy in the appointment dates and the first date of service. It is my understanding that, in order to properly submit the fees and expenses incurred by this Firm, the CJA e-Voucher system requires an Order from the Court approving our appointment *nunc pro tunc* to November 1, 2017.

PPAB 5001166v1

Parker Poe Adams & Bernstein LLP   Three Wells Fargo Center   401 South Tryon Street   Suite 3000   Charlotte, NC   28202-1935
t 704.372.9000   f 704.334.4706   www.parkerpoe.com

The Honorable Paul G. Gardephe
July 15, 2019
Page 2

---

      I respectfully request that you approve my, Mr. Cromwell, Mr. Lesnett, and Mr. Lee's CJA appointment, *nunc pro tunc* to **November 1, 2017**.

      Thank you for your consideration. If you have any questions, please do not hesitate to contact me.

      Respectfully submitted,

      <u>/s/ Richard S. Glaser, Jr.</u>
      Richard S. Glaser, Jr.

RSG/vbb

cc:    Counsel of Record (via SDNY CM/ECF system)