

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒　Permission to travel to Copenhagen, Denmark and all future international travel is at the discretion of the U.S. Probation Department. **Approved.**

☐　Permission to travel to Copenhagen, Denmark and the Court requires notification for all future international travel. **Approved.**

☐　Permission to travel to Copenhagen, Denmark. **Denied**

☐　Other:

_____
Honorable Paul G. Gardephe
U.S. District Judge

Dec. 3, 2019
_____
Date