

Parker Poe

**Richard S. Glaser, Jr.**
***Partner***
Telephone: 704.335.9531
Direct Fax: 704.335.4476
rickglaser@parkerpoe.com

Atlanta, GA
Charleston, SC
Charlotte, NC
Columbia, SC
Greenville, SC
Raleigh, NC
Spartanburg, SC

January 22, 2020

***VIA CM/ECF AND COURTESY COPY VIA FAX – 212-805-7986***

The Honorable Paul G. Gardephe
United States District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

MEMO ENDORSED
The Application is granted.
SO ORDERED:
Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Jan. 23, 2020

**Re: *United States of America v. Stephen Maiden***
**USDC SDNY Case No. 15-cr-536 (PGG)**
**REQUEST FOR APPROVAL OF TRAVEL AND ASSOCIATED EXPENSES**

Dear Judge Gardephe:

You may recall, by this Court's Order of March 26, 2018 (Doc. No. 757), I was appointed as counsel for Stephen Maiden in the above-referenced matter pursuant to the Criminal Justice Act. Thereafter, by Order dated April 4, 2019 (Doc. No. 945) you also approved CJA associate attorneys Brian S. Cromwell, James C. Lesnett, Jr., and Nicholas H. Lee to assist in representing Mr. Maiden.

The trials in this matter were held in September 2016 and November, 2017. Throughout the pendency of this matter, Mr. Cromwell, Mr. Lesnett, Mr. Lee and I have rendered more than sufficient services to Mr. Maiden in defending the charges against him. Accordingly, during the course of our representation of Mr. Maiden, it was necessary for us to incur various expenses, including airfare, lodging, and other associated travel expenses, traveling to and from New York. Regrettably, I was unaware that such travel expenses would need separate pre-approval in order to receive reimbursement for such expenses, via the CJA eVoucher system. My CJA eVoucher for fees and expenses has now been rejected on multiple occasions stating that travel expenses needed prior approval. Most recently, I contemplated removing all requests for expenses and submitting an eVoucher only for fees associated with our representation of Mr. Maiden. However, after careful consideration, I realized that my

---

firm would have to bear over $5,000.00 in actual expenses for this matter. While I understood, and fully acknowledge, that fees are greatly reduced as a CJA attorney, I did not anticipate that my firm would have to bear realized expenses incurred.

Therefore, I humbly request that you please approve the travel and associated expenses, including airfare, lodging, meals, etc., incurred by me, Mr. Cromwell and Mr. Lesnett, in this matter, and that such expenses be approved, *nunc pro tunc* to November 1, 2017.

Thank you for your consideration. If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

/s/ Richard S. Glaser, Jr.
Richard S. Glaser, Jr.

RSG/vbb

cc: Counsel of Record (via SDNY CM/ECF system)